U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 12 2005

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GORDON RAY LEWIS, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | NO. 4:05-CV-024-A |
| § | |
| DOUGLAS DREKE, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIV., § | |
| § | |
| Respondent. § | |

## O R D E R

Came on for consideration the above-captioned action wherein Gordon Ray Lewis is petitioner and Douglas Dreke, Director, Texas Department of Criminal Justice, Institutional Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On August 16, 2005, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by September 6, 2005. Copies of the proposed findings, conclusions, and recommendation were sent to petitioner and respondent. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

The court ORDERS that the petition be, and is hereby, denied.

SIGNED September 12, 2005.

JOHN McBRYDE
United States District Judge